# Court of Appeals
# of the State of Georgia

ATLANTA, June 14, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1593. CECILY TERRY v. SHARMAYNE MADDEN et al.**

The trial court entered final decrees permitting the adoption of two minor children. Six months later, Cecily Terry, the children's biological mother, filed a motion to set aside the decrees under OCGA § 9-11-60 (d) (3). The trial court denied Terry's motion, and she appeals directly to this Court. We lack jurisdiction.

An appeal from the denial of a motion to set aside a final judgment under OCGA § 9-11-60 (d) must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (8), (b); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Terry failed to follow the requisite discretionary application procedure, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/14/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*